IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE LANCE AND LINDA NEIBAUER
JOINT TRUST, by and through LANCE
NEIBAUER, as trustee,

    Plaintiff,

    v.

MICHAEL J. KURGAN, an individual,

    Defendant.
_____

Case No. 6:14-cv-01192-MC

JUDGMENT

MCSHANE, Judge:

Based on the record, summary judgment for plaintiff. Plaintiff's motion for summary judgment, ECF No. 22, is GRANTED. Kurgan's motion for summary judgment, ECF No. 23, is DENIED. The Trust is awarded $13,896.39 on its breach of contract claim and $46,730.36 on its intentional interference with contract claim. The Trust is also entitled to costs and prejudgment and post-judgment interest.

    IT IS SO ORDERED.

    DATED this 16th day of December, 2014.

                                \_\_\_\_/s/Michael McShane_____
                                  Michael McShane
                              United States District Judge

1 – JUDGMENT