IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE LANCE AND LINDA NEIBAUER
JOINT TRUST, by and through LANCE
NEIBAUER, as trustee,

         Plaintiff,

     v.

MICHAEL J. KURGAN, an individual,

         Defendant.
_____

Case No. 6:14-cv-01192-MC

AMENDED JUDGMENT

MCSHANE, Judge:

      Based on the record, judgment for plaintiff. The Trust is awarded $13,896.39 on its breach of contract claim, $46,730.36 on its intentional interference with contract claim, $1,438.04 in costs, $2,388.99 in prejudgment interest, and $.406 per day, beginning December 17, 2014 and compounded annually in post-judgment interest.

      IT IS SO ORDERED.

      DATED this 9th day of April, 2015.

                          _____
                              Michael McShane
                   United States District Judge

1 – AMENDED JUDGMENT