FILED 20 APR '15 10:45 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE LANCE AND LINDA NEIBAUER JOINT TRUST, an Oregon Trust, by and Through LANCE NEIBAUER, as trustee, Plaintiff,<br><br>v.<br><br>MICHAEL J. KURGAN, an individual, Defendant, | ) Lower Ct., Case No.: 6:14-cv-01192-MC<br>) Appellate Ct. Case No.<br>) AMENDED NOTICE OF APPEAL<br>)<br>)<br>)<br>)<br>)<br>) |

Notice is hereby given that MICHAEL J. KURGAN, PRO SE Defendant in the above named case, hereby files his Pro Se appeal to the United States Court of Appeals for the Ninth Circuit from the Final Summary Judgment and Order thereon entered in this action on the 16th Day of December, 2014, ECF 45 and ECF 46; the Order (ECF 18) Denying Defendant Michael J. Kurgan's Motion to Dismiss (ECF 15) and the Order (ECF 55) granting Plaintiff's Motion to amend or supplement that judgment (ECF 48, 49 & 50); AND for Lack of In Personam Jurisdiction all in favor of THE LANCE AND LINDA NEIBAUER JOINT TRUST, an Oregon Trust, by and Through LANCE NEIBAUER, as trustee Plaintiff / Appellee.

Respectfully Submitted:

*[signature]*

MICHAEL J. KURGAN
6538 Collins Avenue
Unit 288
Miami Beach, FL 33141
Phone 305 496-8555
Mail n461bb@gmail.com

| PAGE | AMENDED NOTICE OF APPEAL |
|---|---|
| 1 | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by means of US mail and email on:

MARKOWITZ, HERBOLD, GLAD & MEHLHAF, P.C.
Lisa A. Kaner
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, Oregon 97204-3730
Tel: 503 295-3085
Fax: 503 323-9105
Email: LisaKaner@MHGM.com

Dated: 4/17/15

Michael J. Kurgan

| PAGE | AMENDED NOTICE OF APPEAL |
|---|---|
| 2 | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# TRANSCRIPT DESIGNATION AND ORDER FORM
(also for use in ordering FTR recording copy)

| 1. District Court Case No.: 6:14-CV-01192-MC | 2. Short Case Title: NEIBAUER TRUST v. KURGAN |
|---|---|
| 3. Court of Appeals Case No.: | 4. ☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention. |

| 5. NAME (Party Ordering Recording/Transcript) MICHAEL J. KURGAN | 6. PHONE NUMBER 305 496-8555 | 7. DATE 12/31/2014 | |
|---|---|---|---|
| 8. MAILING ADDRESS 6538 COLLINS AVE, UNIT 288 | 9. CITY MIAMI BEACH | 10. STATE FL | 11. ZIP 33141 |

12. ORDER FOR:  ☐ PLAINTIFF NAME: _____  ☒ DEFENDANT NAME: MICHAEL J. KURGAN
☒ APPEAL       ☐ CRIMINAL      ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL   ☐ CIVIL         ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ 13. RECORDING REQUESTED: Specify portion(s) and date(s) of proceedings(s).
Note: PAYMENT: Financial arrangements must be made with the Clerk's Office before recording is prepared. Copy cost: $30 for each proceeding. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| | | |

☒ 14. TRANSCRIPT REQUESTED: Specify portion(s) and date(s) of proceedings(s). Financial arrangements must be made before transcript is prepared. Transcriber will contact party. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| (1) Rule 16 Conference ECF 18 (2) Motion Hearing re Summary Jud. ECF 44 | 9/3/2014 12/3/2014 | MC |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | PAPER | ELECTRONIC | SPECIFY |
| ORDINARY: To be delivered within 30 days after receipt of this order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☒ E-Transcript ☐ Other |
| EXPEDITED: To be delivered within 7 days after receipt of this order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| DAILY: Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| 14-day Transcript: To be delivered within 14 days after receipt of this order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| HOURLY: to be delivered within 2 hours of proceeding. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |

**15. DISTRIBUTION:** This form should be electronically filed. Notice will automatically be distributed to court reporters and all parties.

Revised 07/1/2014

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE LANCE AND LINDA NEIBAUER
JOINT TRUST, by and through LANCE
NEIBAUER, as trustee,

    Plaintiff,

v.

MICHAEL J. KURGAN, an individual,

    Defendant.

Case No. 6:14-cv-01192-MC

ORDER

MCSHANE, Judge:

    In a December 16, 2014 order, the Court granted plaintiff Lance and Linda Neibauer Joint Trust's motion for summary judgment. Plaintiff was awarded $13,896.39 on its breach of contract claim and $46,730.36 on its intentional interference with contract claim. The opinion noted that the Trust was also entitled to costs and prejudgment and post-judgment interest. The court then issued a judgment in favor of plaintiff. *See* ECF No. 46.

    The Trust now moves to amend or supplement that judgment. ECF No. 50. Defendant Michael J. Kurgan did not respond to the Trust's motion, and the time to do so is passed. The

1 –ORDER

Trust seeks costs of $1,438.04, prejudgment interest of $2,388.99, and post-judgment interest of $.406 per day, beginning December 17, 2014 and compounded annually.

Costs are generally allowed to the prevailing party, in this case the Trust. Fed. R. Civ. P. 54(d)(1). The Trust includes a Bill of Costs, ECF No. 48, and a declaration in support, ECF No. 49. All of the requested costs are recoverable by the prevailing party. *See* 28 U.S.C. § 1920. The Trust is therefore awarded $1,438.04 in costs. The Court agrees that the Trust is entitled to prejudgment interest of 9%. The Trust is awarded $2,388.88 in prejudgment interest as identified on pages three and four of the motion. *See* ECF No. 50. The Court agrees that the Trust is entitled to post-judgment interest at .23 percent (of $64,453.67) per annum, compounded annually. The Trust is therefore awarded $148.24 annually, which equals $.406 per day beginning December 17, 2014.

The Trust's motion, ECF No. 50, is GRANTED.

IT IS SO ORDERED.

DATED this 9th day of April, 2015.

                                Michael McShane
                               United States District Judge

2 –ORDER

**MICHAEL J. KURGAN**
6538 Collins Avenue
Unit 288
Miami Beach, FL 33141
Phone 305 496-8555
Email: n461bb@gmail.com

MOLLY C. DWYER
Clerk of the Courts
Attn: Appeals
THE JAMES R. BROWNING COURTHOUSE
95 7TH STREET,
SAN FRANCISCO, CA 94103

CLERK OF THE COURT OF APPEALS

Pursuant to the order of the Court, Defendant / Appellant Michael J. Kurgan hereby informs the Clerk and this Court that he will be pursuing his appeal and travelling under the attached amended notice of appeal in lieu of his original notice of appeal, as the Court has now rendered an order granting the Plaintiff Appellee's motion to amend or supplement that Judgment (ECF 55).

Respectfully Submitted

_[signature]_

Michael J. Kurgan

Cc: MARKOWITZ, HERBOLD, GLAD & MEHLHAF, P.C.
Lisa A. Kaner
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, Oregon 97204-3730
Tel: 503 295-3085
Fax: 503 323-9105
Email: LisaKaner@MHGM.com