# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
## TRANSCRIPT DESIGNATION AND ORDER FORM
(also for use in ordering FTR recording copy)

| 1. District Court Case No.: 6:14-CV-01192-MC | 2. Short Case Title: NEIBAUER TRUST v. KURGAN |
|---|---|
| 3. Court of Appeals Case No.: | 4. ☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention. |

| 5. NAME (Party Ordering Recording/Transcript) | 6. PHONE NUMBER | 7. DATE | |
|---|---|---|---|
| MICHAEL J. KURGAN | 305 496-8555 | 12/31/2014 | |
| 8. MAILING ADDRESS | 9. CITY | 10. STATE | 11. ZIP |
| 6538 COLLINS AVE. UNIT 288 | MIAMI BEACH | FL | 33141 |

**12. ORDER FOR:** ☐ PLAINTIFF NAME: _____ ☒ DEFENDANT NAME: **MICHAEL J. KURGAN**
☒ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ **13. RECORDING REQUESTED:** Specify portion(s) and date(s) of proceeding(s).
Note: PAYMENT: Financial arrangements must be made with the Clerk's Office before recording is prepared.
Copy cost: $30 for each proceeding. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| | | |

☒ **14. TRANSCRIPT REQUESTED:** Specify portion(s) and date(s) of proceeding(s). Financial arrangements must be made before transcript is prepared. Transcriber will contact party. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| (1) Rule 16 Conference ECF 18 (2) Motion Hearing re Summary Jud. ECF 44 | 9/3/2014 12/3/2014 | MC |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | PAPER | ELECTRONIC | SPECIFY |
| ORDINARY: To be delivered within 30 days after receipt of this order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☒ E-Transcript ☐ Other |
| EXPEDITED. To be delivered within 7 days after receipt of this order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| DAILY: Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| 14-day Transcript: To be delivered within 14 days after receipt of this order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| HOURLY: to be delivered within 2 hours of proceeding. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |

**15. DISTRIBUTION:** This form should be electronically filed. Notice will automatically be distributed to court reporters and all parties.

Revised 07/1/2014

PAGE 3 | NOTICE OF APPEAL