# REFERENCE SHEET
## Your new lender requires the following sheet to be completed.

CUSTOMER NAME  MICHAEL KURGAN

### REFERENCE #1

NAME OF NEAREST RELATIVE
AND/OR FRIEND NOT LIVING WITH YOU  John Rivera

RELATIONSHIP  Freind

ADDRESS  170 Arlington Rd
CITY  West Palm Beach  STATE  Fl  ZIP  33141
PHONE# (WITH AREA CODE) ( 951 ) 551 2020

### REFERENCE #2

NAME OF NEAREST RELATIVE
AND/OR FRIEND NOT LIVING WITH YOU  Barry Eskanos
RELATIONSHIP  Freind

ADDRESS  265 Bay Dr
CITY  Miami Beach  STATE  Fl  ZIP  33141
PHONE# (WITH AREA CODE) ( 305 ) 613-6894

### REFERENCE #3

NAME OF NEAREST RELATIVE
AND/OR FRIEND NOT LIVING WITH YOU _____

RELATIONSHIP _____

ADDRESS _____
CITY _____ STATE _____ ZIP _____
PHONE# (WITH AREA CODE) ( ___ ) _____

### REFERENCE #4

NAME OF NEAREST RELATIVE
AND/OR FRIEND NOT LIVING WITH YOU _____

RELATIONSHIP _____

ADDRESS _____
CITY _____ STATE _____ ZIP _____
PHONE# (WITH AREA CODE) ( ___ ) _____