## ABOUT US

**David S. Harris**
David S. Harris earned a Bachelor of Arts undergraduate degree from the University of Michigan and a law degree from the University of Miami in 1997. Since law school, Mr. Harris has worked as staff to U.S. Senator Bob Graham and U.S. Congressman Alcee Hastings.

David S. Harris is currently admitted to practice law in the State of Florida, Washington, D.C. and the Southern District of Florida (federal court).

For more than ten (10) years David S. Harris has legally represented a variety of clients including foreign governments, multinational corporations, mid-size and small businesses, families and individuals. Since 2002, David S. Harris has managed his own law practice.

**Ingrid J. Alvarado**
Ingrid Alvarado is a graduate from St. Mary's University in Texas. Originally from Honduras, Ingrid has a background in international business and immigration issues. Ingrid is a legal secretary with the Law Offices of David S. Harris and is also the office's immigration specialist.

**Elayne Besner**
Elayne Besner is the office manager for the Law Office of David S. Harris. Elayne is a native of Miami, Florida and is currently studying pre-law at Miami-Dade Community College.

**Elizabeth Tur**
Elizabeth Tur is a legal secretary at the Law Offices of David S. Harris. Elizabeth is a native of Miami, Florida and is currently studying at NST College.

ABOUT US | LEGAL SERVICES | OUR FEES | CONTACT US | DISCLAIMER

6431 SW 39th Street
Miami, Florida 33155
tel: 305-667-9043
e-mail: davidharris@att.net



LAW OFFICE OF **DAVID S. HARRIS**
LEGAL ADVICE, COUNSELING & REPRESENTATION ON CIVIL MATTERS

Copyright © Law Office of David S. Harris, 2009  |  Privacy Policy