Service Wing Healthcare, Inc
12790 El Camino Real, Suite 300
San Diego CA 92130

Check No.: 2189

Pay Stub Detail
PAY DATE: 01/01/2017
NET PAY: $8,091.60

Michael J. Kurgan
6538 Collins Ave, #288
Miami FL 33141

---

Check No.: 2189

**EMPLOYER**
Service Wing Healthcare, Inc
12790 El Camino Real, Suite 300
San Diego CA 92130

**PAY PERIOD**
Period Beginning: 12/16/2016
Period Ending: 01/01/2017
Pay Date: 01/01/2017

**EMPLOYEE**
Michael J. Kurgan
6538 Collins Ave, #288
Miami FL 33141

SS#: ...1113

*[handwritten: 260,750.00 ÷ 12 = 21729.16]*

NET PAY: $8,091.60

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 10,416.67 | 260,750.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 2,080.27 | 93,783.39 |
| Social Security | 0.00 | 7,886.40 |
| Medicare | 244.80 | 4,327.63 |
| CA Income Tax | 0.00 | 0.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $10,416.67 | $260,750.00 |
| Taxes | $2,325.07 | $105,997.42 |
| Deductions | $0.00 | $0.00 |

Net Pay   $8,091.60

Exhibit K - Page 1 of 1